**FILED**
6-30-08 NF
JUN 30 2008
1

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AUSA John R. Hauser (312) 353-8728

## UNITED STATES DISTRICT COURT
### FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**MAGISTRATE JUDGE COX**

### AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NUMBER: **08 CR 520** |
| NORTHERN DISTRICT OF ILLINOIS ) | |

The undersigned Affiant personally appeared before Susan E. Cox, a United States Magistrate Judge, and being duly sworn on oath, states: that at Fort Campbell, Kentucky (U.S. District Court for the Western District of Kentucky), on or about April 18, 2004, one ERIC WOOLRIDGE was charged with violations of KRS 189A (Midemeanor Driving While Under the Influence) and KRS 186.620(2) (Misdemeanor Driving While Privileges Are Suspended/Revoked), and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that an Arrest Warrant is outstanding for the arrest of said defendant (attached hereto).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
STEVE LINDER, Special Agent
United States Marshall's Service

Subscribed and Sworn to before me this
30th day of June, 2008.

_____
Susan E. Cox
United States Magistrate Judge

Bond set [or recommended] by issuing Court at ____ (no bond set) _____

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

| UNITED STATES OF AMERICA vs. WOOLRIDGE, ERIC A  Defendant. | Violation Notice Number(s) A1337907 KW11 | Violation Date(s) 04/18/2004 |
|---|---|---|
| | DUI - 1ST OFFENSE WITH AGGRAVATING CIRCUMSTANCES | |

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

Collateral in the Amount of $ **MANDATORY** may be Forfeited in Lieu of Appearance.

Date  9-27-04

United States Magistrate Judge
HON JUDGE W.D. KING

### RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE –NAMED DEFENDANT.*

| | DATE | LOCATION |
|---|---|---|
| | | |

Name _____ Title _____ District _____

Date _____ Signature _____

\*NCIC

H906277

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA
vs.
WOOLRIDGE, ERIC A

*Defendant.*

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| A1337905 | 04/18/2004 |
| KW11 | |
| DRIVE W/SUSPENDED LIC | |

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ __MANDATORY__ may be Forfeited in Lieu of Appearance.

Date  9-27-04

United States Magistrate Judge
HON JUDGE W.D. KING

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | DATE | LOCATION |
|---|---|---|
| | | |

Name _____  Title _____  District _____
Date _____  Signature _____

**United States District Court**
**Violation Notice**

| Loc. Code | Violation No. | Print Officer Name | Officer No. |
|---|---|---|---|
| KW-11 | A1337907 | Miller, Christopher | M-3010 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged |
|---|---|
| 18 April 04 0035 | KRS 189A.010 |

Place of Offense: GATE 4

Offense Description: DRIVING WHILE UNDER THE INFLUENCE

| Defendant's Last Name | First Name | M.I. |
|---|---|---|
| Wooldridge | Eric | A |

B/M/55T B co 101st SSB

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 17 April, 2004, while exercising my duties as a law enforcement officer in the Western District of Kentucky

I was dispatched to Gate 4 to assist AKAL Security with a possible drunk driver. Upon arrival I observed the reverse strobe lights next to his truck. I then conducted field sobriety tests which the above failed. The reverse then refused the breath test.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 18 April Date /s/ Christopher Miller Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date _____ U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1993

RECEIVED MAY 03

**United States District Court**
**Violation Notice**

| Loc. Code | Violation No. | Print Officer Name |
|---|---|---|
| KW-11 | A1337905 | Miller, Christopher |
| | | Officer No. M-3010 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
|---|---|
| 18 April 04 0030 | KRS 186.620 (2) |

Place of Offense: GATE 4

Offense Description: Driving While Privileges Are Suspended / Revoked

Defendant: B/M/56T Bco 101st SSB

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 17 Apr 2004 while exercising my duties as a law enforcement officer in the Western District of Kentucky

I asked the renter for his license which he said he did not have AND was later found to be suspended by NCIC.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 18 Apr 04   [signature] Christopher Miller
                Date      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
             Date     U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court).)

**6. TYPE OF WEAPON/FORCE.** Check up to three and indicate in the second block next to the item whether:
F - Fully Automatic   S - Semi-Automatic   M - Manual   U - Unknown

| | 11 Firearm(Unk Type) | | 35 Motor Vehicle | | 90 Other(Specify) |
|---|---|---|---|---|---|
| | 12 Handgun | | 50 Poison | | |
| | 13 Rifle | | 60 Explosives | | 99 None |
| | 14 Shotgun | | 65 Fire/Incendiary | | |
| | 40 Personal Weapons | | 70 Narcotics/Drugs | | |
| | 20 Knife/Cutting Instrument | | 85 Asphyxiation | | |
| | 30 Blunt Object | | 95 Unknown | | |

**7. NUMBER OF PREMISES ENTERED** (For Burglary/Housebreaking only)
[ ] Forcible Entry  [ ] No Forcible Entry

**8. AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES** (Check up to two)
- 1 Argument
- 2 Assault on Law Officer
- 3 Drug Dealing
- 4 Gangland
- 5 Juvenile Gang
- 6 Domestic Quarrel
- 7 Mercy Killing
- 8 Other Felony Involved
- 20 Criminal Killed By Private Citizen
- 21 Criminal Killed By Law Enforcement
- 30 Child Playing With Weapon
- 31 Gun Cleaning Accident
- 32 Hunting Accident
- 33 Other Negligent Wpn Handling
- 35 Other Negligent Killings

**9. ADDITIONAL JUSTIFIABLE HOMICIDE CIRCUMSTANCES**
- A Criminal attacked police officer and that police officer killed the criminal
- B Criminal attacked police officer and was killed by another police officer
- C Criminal attacked civilian
- D Criminal attempted flight from a crime
- E Criminal killed in commission of a crime
- F Criminal resisted arrest
- G Unable to determine

**10. BIAS MOTIVATION** (As applicable)   [ ] Yes   [ ] No   [X] Unknown

## Section III - Subject

| 1a. SUBJECT NO: 1 | 1b. NAME (Last, First, Middle Name, JR., Sr., III): WOOLRIDGE, ERIC A | | 1d. PROTECTED IDENTITY: X |
|---|---|---|---|
| | | | 1i. HOME PHONE: |

| 1e. CATEGORY: | 1f. DOB (YYYY/MM/DD): | 1g. POB: City, State, Cou GARY, IN US | |
|---|---|---|---|
| [X] A Army | | 1k. NICKNAMES/ALIAS: | 1l. CITIZENSHIP: [X] US  [ ] Country (Specify): [ ] Resident Alien: |
| [ ] C Coast Guard | | | |
| [ ] F Air Force | | | |
| [ ] H Public Health | | | |
| [ ] M Marine | 1m. COMPONENT | 1n. DRIVER LICENSE NO: | 1o. IS LICENSE [ ] FR Foreign [ ] International  [X] State (Specify): IL |
| [ ] N Navy | [ ] G Nat'l Guard | | |
| [ ] O NOAA | [X] R Regular  [ ] V Reserves | | |
| [ ] P Family Member | | | |
| [ ] Q Civil Service | 2a. ORGANIZATION, UIC, STREET ADDRESS: B 101ST SSB | US | 2d. Zip/APO: 42223 |
| [ ] R Civilian | | | 2e. UNIT PHONE: |
| [ ] S Contractor | | | |
| [ ] T Other Gov. Empl. | | | |
| [ ] U Foreign Nat'l Empl. | | | |
| [ ] V Other Foreign Nat'l | 3a. RESIDENCE STREET ADDRESS: | 3b. INSTALLATION/CITY: | 3d. ZIP/APO: |
| [ ] W Retired Military | | 3c. STATE/COUNTRY: | |

| 4a. HAIR COLOR | 4b. EYE COLOR | 4c. COMPLEXION | | 4d. AGE RANGE (Specify) | 5. JUVENILE | 7. RACE |
|---|---|---|---|---|---|---|
| Brown | [X] Brown | Albino | Medium | | [ ] Yes | A Asian/Pac. Islander |
| Blond | Black | Black | Medium Brown | | [X] No | [X] B Black |
| [X] Black | Gray | Dark | Ruddy | | | I American Indian/Alaskan Native |
| Gray | Blue | [X] Dark Brown | Yellow | 4e. HEIGHT 5 ft. 07 in. | 6. SEX | W White |
| Red | Green | Fair | Sallow | | [X] Male | U Unknown |
| White | Hazel | Light | Olive | | [ ] Female | |
| Other (Specify) | Violet | Light Brown | | 4f. WEIGHT: 165 | Unknown | |

| 8. ETHNICITY | 9. IDENTIFYING MARKS AND LOCATION: | 10. HOW DRESSED AT TIME OF INCIDENT (Clothing, Materials, Colors): |
|---|---|---|
| [ ] H Hispanic | | |
| [X] N Not of Hispanic Origin | 11. OFFENDER'S DISPOSITION: RELEASED TO UNIT | BLUE AND GREEN CHECKERED SHIRT, TAN JEANS, BROWN S |
| [ ] U Unknown | | |

| 12. SECURITY CLEARANCE | 13. MARITAL STATUS | 14. SUBJECT ARMED WITH ( Check up to 2 and indicate in 2nd box whether F - Fully Automatic, M - Manual, S - Semi-Automatic, U - Unknown ) |
|---|---|---|
| None | Annulled | 1 Unarmed  /  16 Lethal Cutting Instrument |
| Confidential | Divorced | 11 Firearm (Unk Type)  /  17 Club/Blackjack/Knuckles |
| [X] Secret | Divorce Decree, Not Finalized | 12 Handgun  /  15 Other (Specify) |
| Top Secret | Legally Separated | 13 Rifle |
| Other (Specify) | Married | 14 Shotgun |
| | [X] Single | |
| | Widowed | |

## Section VII - Narrative

INVESTIGATION REVEALED THAT WOOLRIDGE WAS OBSERVED OPERATING A 2000 DODGE RAM (TN LIC:MLP-729, DECAL GXD 923) (GOV VEHICLE) ON SCREEMING EAGLE AND WAS STOPPED AT GATE 4 TO ENTER POST BY AKAL SECURITY. UPON APPROACH A STRONG ODOR OF AN ALCOHOLIC BEVERAGE WAS DETECTED EMITTING FROM WOOLRIDGE'S PERSON. WOOLRIDGE WAS ADMINISTERED A FIELD SOBRIETY TEST, WHICH HE FAILED. WOOLRIDGE WAS APPREHENDED AND TRANSPORTED TO THE MP STATION, WHERE HE WAS ADVISED OF THE KENTUCKY IMPLIED CONSENT LAW AND REFUSED TO TAKE AN INTOXIMETER EC/IR TEST. WOOLRIDGE WAS FURTHER PROCESSED ISSUED (2) DD FORM 1805, (1) FC FORM 1502 SUSPENDING HIS ON POST DRIVING PRIVILEGES FOR A PERIOD OF (12) MONTHS AND WAS RELEASED TO HIS UNIT ON A DD FORM 2708. THIS IS A FINAL REPORT. ALCOHOL INVOLVED: YES DESK: 180100APR04 SSG BUTTS EXTRACTS: ADAPCP, 101CSG, POST SAFETY

| 1. Enclosures: | 2. Distribution: | 3. Name: CHRISTOPHER MILLER JASON BUCKLEW |
|---|---|---|
| S1 E. WOOLRIDGE : RECEIPT FOR PRISONER (DD 629/2708) [1]<br>S1 E. WOOLRIDGE : ALCOHOL INFLUENCE RPT (DD 1920) [1]<br>S1 E. WOOLRIDGE : VIOLATION NOTICE (DD 1805) [2]<br>S1 E. WOOLRIDGE : FORT CAMPBELL INFORMATION SHEET [1]<br>P3 K. ZIMMERMAN : FORT CAMPBELL INFORMATION SHEET [1]<br>P4 J. CRABBE : FORT CAMPBELL INFORMATION SHEET [1] | ADAPCP, 101CSG, POST SAFETY | 4. Grade: E-4/SPC |
| | | 5. Title Of Reporting Official: MILITARY POLICE |
| | | 6. Signature: |

DA FORM 3975, JUN 2001    00745-2004-MPC033    5    Page 6 of 9

## SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is ODCSOPS

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately
**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYY/MM/DD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| PMO, FT CAMPBELL, KY, 422 | 2004/04/18 | 0317 | |

| 5. LAST NAME, FIRST NAME MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| MILLER, CHRISTOPHER WREN | | SPC |

**8. ORGANIZATION OR ADDRESS**
B CO 1/133 MP

**9.**
I, CHRISTOPHER WREN MILLER, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

INVESTIGATOR STATEMENT- THIS STATEMENT IS INTENDED TO ELABORATE AND/OR ELABORATE CERTAIN ASPECTS OF THIS CASE NOT COVERED ELSE WARE IN OTHER STATEMENTS OR DOCUMENTS. I CHRISTOPHER MILLER WAS DISPATCHED TO GATE 4, FTCKY, TO ASSIST AKAL WITH A SUSPECTED DUI. UPON ARRIVAL I OBSERVED CLARKSVILLE P.D. ON SCENE AS WELL. I WAS THEN INFORMED BY SGT. CRABBE OF CLARKSVILLE P.D. THAT THE VEHICLE DRIVEN BY WOOLRIDGE WAS INVOLVED IN AN ACCIDENT IN CLARKSVILLE PRIOR TO ARRIVING AT THE GATE. I NOTICED WOOLRIDGE LEANING ON THE TRUCK TRYING TO KEEP HIS BALANCE BY HOLDING ON TO THE TRUCK. I WAS THEN ADVISED BY THE DESK SERGEANT (SSG. BUTTS) TO CONDUCT FIELD SOBRIETY TEST AND DETERMINE IF APPREHENSION WAS NECESSARY. UPON CONDUCTION OF THESE TEST, WOOLRIDGE FAILED ALL THREE TEST, WHICH WAS WITNESSED BY CLARKSVILLE. WOOLRIDGE THEN TOLD ME HE WAS A CID AGENT AND I NEEDED TO CONTACT A MISTER BANETEZ TO CLARIFY HIS STATUS. I THEN APPREHENDED WOOLRIDGE FOR SUSPICION OF DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOL. MY PARTNER GRZOVIC OBTAINED PAPER WORK AND THEN WE ESCORTED WOOLRIDGE TO THE PMO WHERE HE REFUSED TO TAKE THE BREATH TEST. I THEN ISSUED (2) DD 1805'S, AND TURNED WOOLRIDGE OVER TO CID.///END OF STATEMENT///

*[signature]*
CHRISTOPHER MILLER

US ARMY, SPC

MILITARY POLICE

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|
| | CWM | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT _____ TAKEN AT _____ DATED _____
THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, DEC 1998          DA FORM 2823, JUL 72, IS OBSOLETE          USAPA V1.0

## ALCOHOLIC INFLUENCE REPORT

| INSTALLATION | VIOLATION REPORT NO. | ACCIDENT REPORT NO. |
|---|---|---|
| Ft Campbell, KY | | |

| DATE, TIME AND LOCATION OF ACCIDENT OR INCIDENT | DATE AND TIME IN CUSTODY | APPREHENDING OFFICER |
|---|---|---|
| 17 Aug 04 2320 Gate 4 | 27 Apr 04 2331 | Miller, Christopher |

| NAME OF SUBJECT | GRADE/CATEGORY |
|---|---|
| Woolridge, Eric | E-5 / RA |

UNIT OF ASSIGNMENT/ADDRESS

☒ DRIVER

| AGE | SEX | APPROX. WEIGHT |
|---|---|---|
| 37 | ☒ Male ☐ Female | 165 |

Check all applicable boxes describing conditions obse[rved]

MADE BY (Name, grade, SSN & organization)
Miller, Christopher W
B Co 1/133 MP Co

**CLOTHES** (Describe type & color)
- HAT OR CAP: None
- JACKET OR COAT: None
- SHIRT OR DRESS: Blue & Green Checkered + black undershirt
- PANTS OR SKIRT: Tan Jeans
- CONDITION: ☐ Disorderly ☐ Disarranged ☐ Soiled ☐ Mussed ☒ Orderly
- DESCRIBE: Shirt unbuttoned half way

**BREATH** - ODOR OF ALCOHOLIC BEVERAGE: ☐ Strong ☒ Moderate ☐ Faint ☐ None

**ATTITUDE**: ☐ Excited ☐ Hilarious ☒ Talkative ☐ Carefree ☐ Sleepy ☐ Profanity ☐ Combative ☒ Indifferent ☐ Insulting ☐ Cocky ☐ Cooperative ☐ Polite

**UNUSUAL ACTIONS**: ☐ Hiccoughing ☐ Belching ☐ Vomiting ☐ Fighting ☐ Crying ☐ Laughing

**SPEECH**: ☐ Not understandable ☐ Mumbled ☒ Slurred ☐ Mush Mouthed ☐ Confused ☒ Thick Tongued ☐ Stuttered ☐ Accent ☐ Fair ☐ Good

SPONTANEOUS ACTS (Statements, walking, turning, etc.): Stumbling

INDICATE BRIEFLY WHAT FIRST LED YOU TO SUSPECT ALCOHOLIC INFLUENCE: Smelled it, Behavior.

SIGNS OR COMPLAINT OF ILLNESS OR INJURY: None

**SECTION III PERFORMANCE TESTS** (Warning of rights in accordance with separate departmental policy is required for military personnel)

ADMINISTERED BY (Name, grade, SSN & organization):

DATE & TIME TESTS PERFORMED:

| | | | | | | |
|---|---|---|---|---|---|---|
| BALANCE | ☐ Falling | ☐ Needed Support | ☐ Wobbling | ☒ Swaying | ☐ Unsure | ☐ Sure |
| WALKING | ☐ Falling | ☐ Staggering | ☒ Stumbling | ☐ Swaying | ☐ Unsure | ☐ Sure |
| TURNING | ☐ Falling | ☐ Staggering | ☒ Hesitant | ☐ Swaying | ☐ Unsure | ☐ Sure |

FINGER TO NOSE — RIGHT: ☐ Completely missed ☒ Hesitant ☐ Sure | LEFT: ☐ Completely missed ☒ Hesitant ☐ Sure

COINS: ☐ Unable ☐ Fumbling ☐ Slow ☐ Sure ☐ Other
BALANCE DURING COIN TEST:

ABILITY TO UNDERSTAND INSTRUCTIONS: ☐ Poor ☒ Fair ☐ Good

EFFECTS OF ALCOHOL: ☐ Extreme ☒ Obvious ☐ Slight ☐ None
ABILITY TO DRIVE: ☒ Unfit ☐ Fit

REMARKS:

DD Form 1920, AUG 73

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is ODCSOPS

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately
**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYY/MM/DD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| PMO, FT. CAMPBELL, KY 422 | 2004/04/18 | 0317 | |

| 5. LAST NAME, FIRST NAME MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| GRZOVIC, MARK L | | SPC |

**8. ORGANIZATION OR ADDRESS**
B 1/133 MP

**9.**
I, _____ MARK L GRZOVIC _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

INVESTIGATOR STATEMENT-THIS STATEMENT IS INTENDED TO CLARIFY AND/OR ELABORATE CERTAIN ASPECTS OF THIS CASE NOT COVERED ELSEWARE IN OTHER STATEMENTS OR DOCUMENTS. ON 17 APRIL 2004 AT 2250, PATROL 32 RESPONDED TO A CALL FROM THE DESK SERGEANT TO ASSIST CLARKSVILLE PD AT GATE 4. AFTER ARRIVING AT GATE 4 SGT CRABBE OF CLARKSVILLE PD INFORMED PATROL 32 THAT HE ATTEMPTED TO PULLOVER THE ABOVE LISTED SUBJECT FOR A HIT AND RUN. THE SUBJECT DID NOT STOP SO SGT CRABBE FOLLOWED HIM TO GATE 4 WHERE THE SUBJECT WAS STOPPED BY AKAL SECURITY. THE SUBJECT INFORMED SGT CRABBE THAT HE WAS CID. SGT CRABBE BELIEVED THE SUBJECT TO BE INTOXICATED. SPC MILLER ADMINISTERED A FIELD SOBRIETY TEST TO THE SUBJECT AND FOUND THE SUBJECT TO BE UNFIT TO DRIVE. PATROL 32 APPREHENDED THE SUBJECT AND BROUGHT TO THE MP STATION.

*[Signature]*
MARK GRZOVIC

US ARMY, SPC

MILITARY POLICE

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | |
|---|---|---|
| | MLG | PAGE 1 OF 2 PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT _____ TAKEN AT _____ DATED _____
THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, DEC 1998        DA FORM 2823, JUL 72, IS OBSOLETE        USAPA V1.0