# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 520 - 1 | **DATE** | 6/30/2008 |
| **CASE TITLE** | USA vs. Eric Woolridge | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest 6/30/08. Enter order appointing Beth Gaus of the Federal Defender Program as counsel for the defendant. Defendant waives identity hearing. Order Defendant removed to the U.S. District Court for the Western District of Kentucky. Bond hearing held. Enter Order Setting Conditions of Release.

Docketing to mail notices.

00:20



| | Courtroom Deputy Initials: | VKD |
|---|---|---|