| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Western District of Kentucky<br>Gene Snyder United States<br>Courthouse, Suite 106<br>601 West Broadway<br>Louisville, KY 40202-2227 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>☐ Express Mail<br>☐ Return Receipt for Merchandise<br>☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 9746 9315 |

PS Form 3811, February 2004   Domestic Return Receipt   520   102595-02-M-1540

**FILED**
AUG 0 7 2008 PH
Aug 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

Northern District of Illinois
Clerk's Office
219 S. Dearborn
Chicago, IL 60604

08CR 520

**RECEIVED**
AUG 0 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT